UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BRIANNA KNIGHTS, for herself and on )
behalf of JAYKOBI KNIGHTS, )
)
Plaintiffs, )
)
v. ) Case No. 5:22-cv-115
)
VERMONT DEPARTMENT OF )
CHILDREN AND FAMILY SERVICES; )
ANITA; MARTHA WILLEY; SEAN )
BROWN, Commissioner, )
)
Defendants. )

## ORDER OF DISMISSAL

On June 2, 2022, Plaintiff Brianna Knights, representing herself and purporting to represent her minor child, filed three applications to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915, including in this case seeking to file the Complaint without paying the filing fee. On July 5, 2022, the court granted her application to proceed IFP, however, the Complaint was dismissed under 28 U.S.C. § 1915(e)(2)(B) because Plaintiff could not represent her minor child and she failed to plausibly allege a claim for relief. Plaintiff was provided an opportunity to amend her pleadings on or before August 4, 2022, and warned that her failure to do so would result in closure of the cases. To date, no further filings have been received. Consequently, this case is DISMISSED; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 11th day of August 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court